IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00957-WYD-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7674 RAMPART WAY, LITTLETON, COLORADO,

    Defendant.

## DEFAULT AND FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture as to defendant 7674 Rampart Way, Littleton, Colorado, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 18 U.S.C. § 981 against defendant 7674 Rampart Way, Littleton, Colorado, more particularly described as Lot 41, Roxborough Village, filing No. 16-B, County of Douglas, State of Colorado;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT after proper notice, neither the known potential claimant, nor any other third party, has filed a Claim or Answer as to defendant 7674 Rampart Way, Littleton,

Colorado as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT Entry of Default was entered by the Clerk of the Court on August 18, 2014. (Doc. 20).

THAT the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final Judgment and Order of Forfeiture pursuant to 18 U.S.C. § 981 as to defendant 7674 Rampart Way, Littleton, Colorado, and that a Certificate of Reasonable Cause be granted pursuant to 28 U.S.C. § 2465; and

THAT the Clerk of Court shall be directed to enter Judgment as to defendant 7674 Rampart Way, Littleton, Colorado;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default and forfeiture of defendant 7674 Rampart Way, Littleton, Colorado, more particularly described as, Lot 41, Roxborough Village, Filing No. 16-B, County of Douglas, State of Colorado, including all right, title, and interest is hereby entered in favor of the United States pursuant to 18 U.S.C. § 981;

THAT the United States shall have full and legal title as to defendant 7674 Rampart Way, Littleton, Colorado and may dispose of said property in accordance with law;

THAT this Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to defendant 7674 Rampart Way, Littleton, Colorado under 28 U.S.C. § 2465; and

THAT the Clerk of Court is directed to enter Judgment as to defendant 7674 Rampart Way, Littleton, Colorado.

Dated: August 21, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE